This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**CITIFINANCIAL SERVICING, LLC,**

Plaintiff-Appellee,

**v.**                                                    **No. 35,181**

**EUGENE W. TRUJILLO, DARLENE A. TRUJILLO, THE BANK OF NEW MEXICO, GREENWOOD TRUST COMPANY AND COMMERCIAL CREDIT CORPORATION,**

Defendants-Appellants.

**APPEAL FROM THE DISTRICT COURT OF SAN MIGUEL COUNTY**
**Matthew J. Sandoval, District Judge**

Rose Little Brand & Associates, PC
Travis J. White
Eraina Edwards
Albuquerque, NM

for Appellee

Eugene W. Trujillo
Darlene A. Trujillo
Las Vegas, NM

Pro Se Appellants

# MEMORANDUM OPINION

**BUSTAMANTE, Judge.**

{1}     Summary dismissal was proposed for the reasons stated in the notice of proposed disposition. No memorandum opposing summary dismissal has been filed, and the time for doing so has expired.

{2}     Dismissed.

{3}     **IT IS SO ORDERED.**


_____

**MICHAEL D. BUSTAMANTE, Judge**

**WE CONCUR:**


_____
**MICHAEL E. VIGIL, Chief Judge**


_____
**STEPHEN G. FRENCH, Judge**